IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC N. TAULTON,<br>　　　　　Petitioner,<br><br>　　　　v.<br><br>BRENDA TRITT,<br>THE ATTORNEY GENERAL FOR THE<br>STATE OF _____, and<br>DISTRICT ATTORNEY OF<br>MONTGOMERY COUNTY,<br>　　　　　Respondents. | CIVIL ACTION<br><br><br><br><br>NO.  14-3401 |

# O R D E R

**AND NOW**, this 20th day of February, 2015, upon consideration of the pleadings and the record in this case, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated January 28, 2015, and the Written Objection of *pro se* petitioner, Eric N. Taulton, the Court noting that Magistrate Judge Angell recommended dismissal of the *habeas corpus* petition as time-barred, and the fact that *pro se* petitioner's Written Objection does not address the timeliness of the *habeas corpus* petition, **IT IS ORDERED** as follows:

　　　　1.　　The Report and Recommendation of United States Magistrate Judge M. Faith Angell dated January 28, 2015, is **APPROVED** and **ADOPTED**;

　　　　2.　　The Written Objection to the Report and Recommendation filed by *pro se* petitioner is **OVERRULED**;

　　　　3.　　The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* petitioner, Eric N. Taulton, is **DISMISSED** as time-barred under 28 U.S.C. § 2244(d)(1); and,

4.	A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

>BY THE COURT:
>
>/s/ Hon. Jan E. DuBois
>_____
>	DuBOIS, JAN E., J.